**Dismissed and Memorandum Opinion filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00829-CV

_____

**JOSHUA MORALES, Appellant**

**V.**

**NEOMI FERNANDEZ, Appellee**

**On Appeal from 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-28324**

## MEMORANDUM   OPINION

This is an appeal from an order signed July 1, 2011, in a suit to modify the parent-child relationship. The clerk's record was filed November 4, 2011. The reporter's record was filed November 18, 2011 and December 1, 2011. Appellant's brief was due January 2, 2012. *See* Tex. R. App. P. 38.6(a). Appellant requested and was granted two extensions of time to file his brief until March 23, 2012, but no brief was filed. Appellant did not request a further extension of time to file the brief.

On April 17, 2012, this court issued an order stating that unless appellant filed a brief on or before May 7, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.